IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHIOMA OKORO and JEROME OKORO, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 1:25-CV-1526-RP |
| | § | |
| STATE OF TEXAS, GOVERNOR GREG | § | |
| ABBOTT, and SECRETARY OF STATE, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge Susan Hightower concerning Plaintiff Chioma Okoro's[1] ("Plaintiff") complaint pursuant to 28 U.S.C. § 1915(e). (R. & R., Dkt. 4). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Hightower issued her report and recommendation on November 6, 2025. (*Id.*). As of the date of this Order, Plaintiff has not filed objections to the report and recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court can review the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

---

[1] As noted by Judge Hightower, Plaintiff names herself and Jerome Okoro as Plaintiffs, but only Chioma signed the Complaint and application to proceed *in forma pauperis*. The Court therefore refers to Chioma Okoro as "Plaintiff," and this Order pertains only to her.

Because Plaintiff has not filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Additionally, Judge Hightower recommended that a pre-filing bar be imposed on Plaintiff, such that she will be barred from filing any lawsuits in this Court without first obtaining permission from a judge of this Court. This Court has already dismissed as frivolous four cases brought by Plaintiff. *Okoro v. State*, No. 1:25-cv-00501-RP-SH, 2025 WL 1672141 (W.D. Tex. May 12, 2025), *R. & R. adopted*, 2025 WL 1667934 (W.D. Tex. June 11, 2025); *Okoro v. Pelosi*, No. 1:21-cv-00504-LY, Dkt. 13 (W.D. Tex. Aug. 23, 2021); *Okoro v. Pablos*, No. 1:18-CV-401-RP, Dkt. 46 (W.D. Tex. Feb. 11, 2019); *Okoro v. Texas*, No. 1:22-cv-00804-LY-SH, 2022 WL 11112473 (W.D. Tex. Oct. 19, 2022). This case will be Plaintiff's fifth case dismissed as frivolous. Plaintiff has already been warned that filing any further frivolous lawsuits may result in a pre-filing bar. *Okoro v. Texas*, No. 1:22-CV-00804-LY-SH, 2022 WL 19569567, at *1 & n.1 (W.D. Tex. Dec. 21, 2022). Additionally, Plaintiff is on the State of Texas's list of vexatious litigants and is subject to a prefiling order in Travis County. *Okoro v. Murphy*, No. 03-20-00031-CV, 2020 WL 990019, at *1 (Tex. App.—Austin Feb. 28, 2020, no pet.). The Court agrees with Judge Hightower that, based on Plaintiff's history of filing frivolous lawsuits, and in light of the fact that she has already been warned that a pre-filing bar may be imposed against her should she file a subsequent frivolous lawsuit, that a pre-filing bar is appropriate.

Accordingly, the Court **ORDERS** that the report and recommendation of the United States Magistrate Judge, (Dkt. 4), is **ADOPTED**. Plaintiff's complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE** as frivolous.

**IT IS FURTHER ORDERED** that Plaintiff Chioma Okoro is **BARRED** from filing future complaints in the Western District of Texas without obtaining prior approval from a district or magistrate judge of this Court.

**IT IS FINALLY ORDERED** that the Clerk's Office mail a copy of this Order to Plaintiff

Chioma Okoro via certified mail.

**SIGNED** on December 10, 2025.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE